UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CHAMBERLAIN,

        Plaintiff,                            Case No.  4:05cv49

v.                                           Hon. Gordon J. Quist

MICHIGAN PAROLE BOARD,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 21, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 21, 2005, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

                                                  /s/Gordon J. Quist
                                                  Hon. Gordon J. Quist
                                                  U.S. District

Dated:  December 8, 2005